UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  13-33751 |
| STEPHEN THOMAS CLEMENTS, | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

**Order Granting First and Final Application for Allowance of Compensation and Reimbursement of Costs and Expenses of Scalambrino & Arnoff, LLP as Debtor's Co-Counsel**

This cause coming on for consideration upon the First and Final Application for Allowance of Compensation and Reimbursement of Costs and Expenses ("Application") of Scalambrino & Arnoff, LLP ("S&A") as co-counsel for Stephen Thomas Clements, the debtor and debtor-in-possession (the "Debtor"); due notice having been given to all parties entitled thereto, including the Debtor and the Office of the United States Trustee; the Court having examined the Application and exhibits affixed thereto, and having considered, inter alia, the nature of the services rendered to the Debtor, the usual compensation for such services in this community, the experience and ability of the applicant, the results achieved, including any unusual problems met or results achieved, the particular services described in the Application, and who performed such services; and the Court being duly advised in the premises:

IT IS HEREBY ORDERED THAT:

1. S&A is allowed final compensation in the sum of $15,540.00 for its actual, necessary and valuable professional legal services rendered to the Debtor for the period of February 17, 2014 through June 12, 2014.

2. S&A is allowed the sum of $29.75 as reimbursement for its actual and necessary expenses incurred or accrued in connection with such services for the period of February 17, 2014 through June 12, 2014, for a total of fees, costs, and expenses in the sum of $15,569.75.

3. Following application of the court-approved, post-petition retainer paid to S&A, the Debtor is authorized to pay S&A the amount of $5,569.75 on the effective date of the plan of reorganization.

4. Provision of thirteen days' notice of this Application is sufficient.

Enter:

Honorable Janet S. Baer

United States Bankruptcy Judge

Dated:  June 25, 2014

**Prepared by:**

Bruce C. Scalambrino (ARDC 06193809)
Christopher L. Muniz (ARDC 06271356)
SCALAMBRINO & ARNOFF, LLP
One North LaSalle Street
Suite 1600
Chicago, Illinois 60602
(312) 629-0545
Co-Counsel for the Debtor