**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 13 B 33751 |
| Stephen Thomas Clements, | ) | Hon. Janet S. Baer |
| | ) | Hearing Date: September 23, 2014 |
| Debtor. | ) | Time: 10:00 a.m. |

**Notice of Motion**

**TO:**   *SEE ATTACHED SERVICE LIST*

PLEASE TAKE NOTICE that on September 23, 2014 at 10:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Janet S. Baer, United States Courthouse, 219 South Dearborn Street, Room 615, Chicago, Illinois and then and there present the **Debtor's Motion For Final Decree Closing Case**, a true and correct copy of which is attached hereto and hereby served upon you.

                                                                    __/s/ Julia D. Loper_____


**CERTIFICATE OF SERVICE**

I, Julia D. Loper, an attorney, hereby certify that on September 16, 2014, I caused a true and correct copy of the foregoing Notice of Motion and the document identified therein to be served on the persons on the attached service list, through the Court's electronic filing system or by first class mail, as noted on the service list.

                                                                    __/s/ Julia D. Loper_____


Joseph A. Baldi
Julia D. Loper
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150

**SERVICE LIST**
**Stephen Thomas Clements**, debtor
Case No. 13 B 33751

**Via CM/ECF**

Office of the U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Christopher L Muniz
Scalambrino & Arnoff, LLP
clm@sacounsel.com

Bruce C Scalambrino
Scalambrino & Arnoff, LLP
bcs@sacounsel.com

Jeffrey S. Burns
Crowley Barrett & Karaba
jburns@cbklaw.com

Christopher J Harney
Seyfarth Shaw, LLP
charney@seyfarth.com

Phillip A Pluister
Burke Costanza & Carberry LLP
pluister@bcclegal.com

Gus A Paloian
Seyfarth Shaw LLP
gpaloian@seyfarth.com

James B. Sowka
Seyfarth Shaw LLP
jsowka@seyfarth.com

Bret Harper
Seyfarth Shaw LLP
bharper@seyfarth.com

**Via First Class US Mail**

Stephen Thomas Clements
618 N Scottsvale Lane
Arlington Heights, IL 60004

2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 13 B 33751 |
| Stephen Thomas Clements, | ) | Hon. Janet S. Baer |
| | ) | Hearing Date: September 23, 2014 |
| Debtor. | ) | Time: 10:00 a.m. |

**Debtor's Motion For Final Decree Closing Case**

Stephen Thomas Clements, debtor and debtor in possession ("Debtor"), through his attorneys, pursuant to Federal Rules of Bankruptcy Procedure Rule 3022 and Local Bankruptcy Rule 3022-1 of The United States District Court for the Northern District of Illinois for his Motion for Final Decree Closing Case states as follows:

**Background**

1. This bankruptcy case was commenced on August 23, 2013 ("Petition Date"), by the filing of a petition for relief under chapter 11 of title 11, United States Code ("Code").

2. Debtor filed his First Amended Plan of Reorganization ("Plan") on May 27, 2014. A Confirmation Hearing was held on June 25, 2014 at which time the Plan was confirmed. Debtor has distributed all amounts required by the Plan to be paid to unsecured creditors to date and has set up an escrow account from which all future quarterly payments are to be made under the Plan.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (N) and (O). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

4. Debtor has filed all of his Operating Reports including for June 2014 and is current on all reporting.

### Status Of Plan Payments

5. Administrative Claims: Baldi Berg, Ltd. was paid its court-approved fees on its First Interim Fee Application on or about July 2, 2014. Scalambrino & Arnoff, LLP was paid its court-approved fees on its First and Final Fee Application on or about July 2, 2014.

6. Secured Claims (Class 1): Secured creditors are not paid through the Plan.

7. Claims Secured by Non-Estate Property (Class 2): Class 2A secured claim is paid outside the Plan. Debtor made the initial plan payment on Class 2B on the due date of July 1, 2014. The remaining quarterly payments are not yet due.

8. General Unsecured Claims (Class 3): Debtor made the initial plan payments on the due date of July 1, 2014. The remaining quarterly payments are not yet due.

9. General Unsecured Claims of FirstMerit (Class 4): Debtor made the initial plan payments on due date of July 1, 2014. The remaining quarterly payments are not yet due.

10. General Unsecured Claims under $5,000 – Convenience Class (Class 5): Debtor made the first and only scheduled payments on the due date of July 1, 2014.

### Closing The Case

11. Rule 3022 allows for a final decree to be entered and the case closed once an estate is fully administered. The committee notes to this Rule suggest that "closing a chapter 11 case should not be delayed solely because the payments required by the plan have not been completed." FRBP 3022 Advisory Committee Note – 1991 Amendment. *See also* In re Jordan Mfg. Co., 138 B.R. 30 (Bankr. C.D. Ill. 1992). This note also lists factors to be considered by the Court including whether the order confirming the plan is final, whether deposits have been

2

distributed, whether the property to be transferred under the plan has been transferred, whether the debtor has assumed management of the business, whether plan payments have commenced and whether all contested matters have been resolved.  FRBP 3022 Advisory Committee Note – 1991 Amendment.

12.   All contested issues in this case have been resolved and there are no further matters for the Court to administer.  Debtor has transferred all property required by the Plan, the order confirming the plan is final, and, as set forth above, the Debtor has commenced Plan payments.  There were no deposits to distribute under Debtor's Plan.

13.   Debtor reserves this Court's jurisdiction to re-open the case upon completion of the plan payments for entry of a discharge order.

14.   Copies of this Motion have been sent to the Debtor, United States Trustee and Debtor's creditors in accordance with to Local Bankruptcy Rule 3022-1 of The United States District Court for the Northern District of Illinois.

Wherefore, Stephen Thomas Clements requests this Court enter an Order closing the case and granting such further relief as the Court deems appropriate.

Dated: September 16, 2014              Respectfully submitted,
                                       Stephen Thomas Clements, debtor in possession

                                       By: /s/ Julia D. Loper_____
                                            One of his attorneys

Joseph A. Baldi
Julia D. Loper
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150

3