UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-33751 |
| Stephen Thomas Clements | ) | |
| | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

**Order for Final Decree**

This cause coming on to be heard on the Motion of Debtor for Final Decree Closing Case, due notice having been given to parties entitled thereto, and the Court being advised in the premises;

IT IS HEREBY ORDERED that:

1. This case is closed effective September 23, 2014.

2. The Court reserves jurisdiction to reopen the case in accordance with section 350(b) of the Code in order to enter a discharge order upon completion of payments under the Plan pursuant to Section 9.01 of the Plan.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: September 23, 2014

**Prepared by:**

Julia D. Loper
Joseph A. Baldi
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL 60602